IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-EWN-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY,
SPIRIT ENERGY, LLC, an Arkansas limited liability company, and
TEXAS PETROLEUM RESOURCES, INC., a Texas corporation,

Defendants.
_____

**ORDER**
_____

This matter was the subject of a scheduling conference held this morning. In the scheduling order and in comments during the conference, it appeared that George Utley, who is not a lawyer and not authorized to practice law in this court, has signed and filed materials on behalf of defendant Texas Petroleum Resources, Inc. Contrary to this practice, the law is clear that a corporation may not proceed pro se or through an officer who is not a lawyer authorized to practice in this court:

> It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel.

Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993).

IT IS ORDERED that the **Motion to Dismiss for Lack of Jurisdiction** [Doc. # 6, filed 5/24/2007] filed by Mr. Utley purportedly on behalf of Texas Petroleum Resources, Inc., pro se, is STRICKEN.

Dated June 29, 2007.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge