IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-EWN-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a preliminary pretrial conference. The proposed preliminary pretrial order was refused for reasons stated on the record. Consistent with matters discussed at the conference this morning:

IT IS ORDERED that the Proposed Preliminary Pretrial Order [Doc. # 53] is REFUSED.

IT IS FURTHER ORDERED that a supplemental preliminary pretrial conference is set for **December 17, 2007, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Mr. McCarthy may attend the supplemental preliminary pretrial conference by telephone by contacting the court at 303-844-6408 at the appointed date and time.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed preliminary pretrial order, modified as discussed today, on or before **December 13, 2007**.

Dated November 29, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge