IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-EWN-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Spirit Energy LLC's Motion to Designate Nonparty and Designation of Nonparty Pursuant to Section 13-21-111.5(3), C.R.S.** [Doc. # 63, filed 2/21/2008] (the "Motion"). Although it is not a model of clarity, the Motion appears to request an extension of time for Spirit Energy to designate a non-party at fault under section 13-21-111.5(3), C.R.S. The Motion is not opposed.

Section 13-21-111.5(3)(b), C.R.S., provides in relevant part:

> Negligence or fault of a nonparty may be considered if the claimant entered into a settlement agreement with the nonparty or if the defending party gives notice that a nonparty was wholly or partially at fault within ninety days following commencement of the action unless the court determines that a longer period is necessary.

In this case, Spirit Energy seeks to designate Texas Petroleum Resources, Inc. ("Texas Petroleum"), as a non-party at fault. The action was commenced on approximately October 20, 2006, in Colorado state court, and was removed to this court on April 30, 2007. Texas

Petroleum was a defendant in the case until October 25, 2007, when it was voluntarily dismissed by the plaintiff. Consequently, it would not have been proper for Spirit Energy to designate Texas Petroleum as a non-party at fault within 90 days following the commencement of the action.

On these facts, I find that a period longer than 90 days following the commencement of the action within which to designate Texas Petroleum as a non-party at fault is necessary. I will extend the period to and including March 7, 2008, for Spirit Energy to designate Texas Petroleum as a non-party at fault.

IT IS ORDERED that the Motion is GRANTED, and Spirit Energy may have to and including **March 7, 2008**, within which to designate Texas Petroleum as a non-party at fault pursuant to section 13-21-111.5, C.R.S.

Dated February 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge