IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-EWN-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Spirit Energy LLC's Motion to Compel Production of Documents from Plaintiff; Certificate of Compliance** [Doc. # 77, filed 5/12/2008] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record.

IT IS FURTHER ORDERED that the plaintiff shall make a supplemental response and produce documents consistent with this order on or before **July 7, 2008**.

Dated June 6, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge