IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-PAB-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.

## ORDER

Plaintiff's counsel has failed to provide a confidential settlement statement as required. Counsel for defendant Spirit Energy, LLC, has informed me that a settlement conference at this time would be a waste of resources. Pro se defendant Brian McCarthy does not intend to travel from Texas to attend the settlement conference. In view of all of this:

IT IS ORDERED that the settlement conference set for January 23, 2009, at 10:00 a.m., is VACATED.

Dated January 21, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge