IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-PAB-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.

_____

**ORDER**
_____

The parties appeared today for a final pretrial conference. The proposed final pretrial order had not previously been provided to counsel for Spirit Energy for review or submitted to the court.

IT IS ORDERED that a supplemental final pretrial conference is set for **September 17, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed final pretrial order and submit it to the court on or before **September 10, 2009**.

IT IS FURTHER ORDERED that the Order to Show Cause [Doc. # 108, filed 8/19/2009] is DISCHARGED, good cause having been shown.

Dated August 25, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge