IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00885-PAB-BNB

RICHARD GALVIN, an individual,

Plaintiff,

v.

BRIAN MCCARTHY, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

Defendants.

_____

## ORDER
_____

The parties appeared today for a supplemental final pretrial conference. The proposed exhibit lists were rejected for reasons stated on the record, although the remainder of the pretrial order was accepted and made an order of the court.

IT IS ORDERED that the parties shall file with the court, on or before **October 2, 2009**, revised exhibit lists modified as discussed at the conference this morning.

Dated September 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge