IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00885-PAB-BNB

RICHARD GALVIN, an individual,

    Plaintiff,

v.

BRIAN McCARTHY, an individual, and
SPIRIT ENERGY, LLC, an Arkansas limited liability company,

    Defendants.

_____

## ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **July 20, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **July 1, 2010 at 1:30 p.m.**  Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED September 18, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge