IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00885-PAB-BNB

RICHARD GALVIN, an individual,

    Plaintiff,

v.

BRIAN MCCARTHY, an individual,

    Defendant.

---

**ORDER FOR ENTRY OF FINAL JUDGMENT**

---

Pursuant to the Court's orders [Docket Nos. 157, 163] and the entries of partial judgment [Docket Nos. 158, 164], all of the claims against all of the defendants in this case have been resolved. The Tenth Circuit recently issued an order inquiring as to the finality of this case [Docket No. 166]. For the sake of clarity, it is

**ORDERED** that, because all of the claims against all of the defendants in this case have been resolved, the Clerk of the Court shall forthwith enter final judgment in accord with the Court's orders for entry of partial judgment [Docket Nos. 157, 163] and the entries of partial judgment [Docket Nos. 158, 164].

DATED September 17, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge